IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02388 BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 9 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

VIKKI S. LEE,

    Plaintiff,

v.

IMPERIAL LENDING, LLC,

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Expidited [sic] Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___    is not submitted
(2)   ___    is not on proper form (must use the court's current form)
(3)   ___    is missing original signature by Plaintiff
(4)   ___    is missing affidavit
(5)   ___    affidavit is incomplete
(6)   ___    affidavit is not notarized or is not properly notarized
(7)   ___    names in caption do not match names in caption of complaint

(8) \_\_ An original and a copy have not been received by the court.
Only an original has been received.
(9) \_\_ other _____

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) X  is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of November, 2006.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-02388

Vikki S. Lee
2060 W. Baker Ave
Engelwood, CO 80110

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on _11-29-06_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk