IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following papers filed by the plaintiff on March 23, 2007:

(1)  **Substitution of Counsel** [Doc. #24], and

(2)  **Response to Defendant's Motion to Dismiss or for Summary Judgment and Plaintiff's Motion for Summary Judgment** [Doc. #25].

As a preliminary matter, the plaintiff filed these papers *pro se*, although she is represented by counsel. Parties represented by counsel may not file papers *pro se*. All filings must be made by counsel of record.

In the paper entitled Substitution of Counsel, the plaintiff states that her attorney, Derek W. Cole, is "substituted out of this case" and the plaintiff "substitutes herself as her own counsel." To the extent the plaintiff's counsel seeks to withdraw from this case, he must seek withdrawal in compliance with D.C.COLO.LCivR 83.3D. Mr. Cole remains the plaintiff's counsel of record until an order is entered by the court allowing him to withdraw.

The paper entitled "Response to Defendant's Motion to Dismiss or for Summary Judgment and Plaintiff's Motion for Summary Judgment" is both a response to the defendant's Motion to Dismiss or for Summary Judgment [Doc. #12] and a motion for summary judgment. "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." D.C.COLO.LCivR 7.2C.

IT IS ORDERED that the papers entitled Substitution of Counsel [Doc. #24], and Response to Defendant's Motion to Dismiss or for Summary Judgment and Plaintiff's Motion for Summary Judgment [Doc. #25] are STRICKEN.

IT IS FURTHER ORDERED that on or before **April 23, 2007**, the plaintiff shall file a response to the defendant's Motion to Dismiss or for Summary Judgment [Doc. #12] which complies with this Order.

Dated April 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge