IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02388-ZLW-BNB

VIKKI S. LEE,

    Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

    Defendants.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April __11__, 2007


    It is ORDERED that the Motion To Withdraw (Doc. No. 27) is granted, and attorney William D. Thode is allowed to withdraw as counsel for Defendant Imperial Lending, LLC (Imperial).  The Court notes that attorney Eric P. Accomazzo continues to represent Imperial.