IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)  Plaintiff's **Motion for Summary Judgment** [Doc. #33, filed 4/20/07]; and

(2)  Defendant Imperial Lending LLC's ("Imperial") **Contested Motion to Strike** [Doc. #36, filed 5/11/07].

Imperial seeks to strike the plaintiff's Motion for Summary Judgment. The plaintiff filed the Motion for Summary Judgment *pro se*, although she is represented by counsel. On April 2, 2007, I informed the plaintiff that parties represented by counsel may not file papers *pro se*. All filings must be made by counsel of record. *Order* [Doc. #26]. Accordingly,

IT IS ORDERED that Imperial's Contested Motion to Strike [Doc. #36] is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's Motion for Summary Judgment [Doc. #33] is STRICKEN.

Dated May 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge