IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's *pro se* **Motion for Leave to Terminate Counsel Pursuant to D.C.COLO.LCivR 83.4 and Colorado Rules of Professional Conduct 1.16** [Doc. # 30, filed 4/17/2007] (the "Motion to Terminate"). In addition, defendant Imperial Lending, LLC ("Imperial"), filed a Motion to Dismiss or for Summary Judgment [Doc. # 12, filed 2/1/2007]. Although represented by counsel at the time of her response, the plaintiff filed her response *pro se*. As I previously have informed the plaintiff, parties represented by counsel may not file papers *pro se*. All filings must be made by counsel of record.

I held a hearing on these matters this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Terminate is DENIED as withdrawn.

IT IS FURTHER ORDERED that the plaintiff's *pro se* Response to Defendant's Motion to Dismiss [Doc. #29] is STRICKEN.  Plaintiff's lawyer may have to and including **June 11, 2007**, within which to file a response to the motion to dismiss.

IT IS FURTHER ORDERED that the plaintiff may have to and including **June 11, 2007**, within which to respond to the Order to Show Cause [Doc. # 40, filed 5/16/2007].

Dated May 30, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge