IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02388-ZLW-BNB

VIKKI S. LEE,

    Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Objection To Recommendation Of Dismissal (Doc. No. 55).  This objection was filed by Plaintiff pro se although she is represented by counsel.  Parties represented by counsel may not file papers pro se.[1]  The Court notes this is the fourth time in this case that Plaintiff has been warned not to file papers pro se.[2]  Therefore, it is

    ORDERED that Plaintiff's Objection To Recommendation Of Dismissal (Doc. No. 55; Aug. 29, 2007) is stricken.  It is

---

[1] "Every [paper] shall be signed by at least one attorney of record in the attorney's individual name . . . ." Fed. R. Civ. P. 11(a).

[2] See Order (Doc. No. 26; Apr. 2, 2007); Order (Doc. No. 39; May 16, 2007); Order (Doc. No. 41; May 30, 2007).

FURTHER ORDERED that Plaintiff's attorney may file an objection to the Magistrate Judge's Recommendation (Doc. No. 54) on Plaintiff's behalf on or before September 18, 2007.

DATED at Denver, Colorado, this __4__ day of September, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court