IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02388-ZLW-BNB

VIKKI S. LEE,

      Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

      Defendants.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September   18  , 2007


      In consideration of this Court's order dated September 4, 2007 (Doc. No. 57), it is

      ORDERED that Defendants' Motion To Strike Objection to Magistrate Judge's Recommendation Of Dismissal (Doc. No. 56) is moot.