IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's *pro se* **Motion for Leave to Terminate Counsel Pursuant to D.C.COLO.LCivR 83.4 and Colorado Rules of Professional Conduct 1.16** [Doc. # 61, filed 9/18/2007] (the "Motion to Terminate").  The plaintiff previously filed a similar motion, which I denied in an Order [Doc. # 41] entered May 30, 2007.  I have repeatedly informed the plaintiff that parties represented by counsel may not file papers *pro se*.

I held a hearing on Motion to Terminate this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Terminate is DENIED.

IT IS FURTHER ORDERED that counsel for the plaintiff shall file a motion to withdraw, if at all, on or before **October 19, 2002**.

IT IS FURTHER ORDERED that a status conference is set for **November 2, 2007, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado.  **THE PLAINTIFF MUST APPEAR AT THE STATUS CONFERENCE IN PERSON**.  Failure by the plaintiff to appear at the status conference in person as ordered here will result in an order to show cause why the case should not be dismissed for lack of prosecution and failure to comply with an order of the court.  See D.C.COLO.LCivR 41.1.

IT IS FURTHER ORDERED that counsel for the plaintiff shall send a copy of this order to the plaintiff at her last known address and shall inform the plaintiff of her obligation to appear at the status conference in person.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this Order to the plaintiff at the following addresses:

> 2060 West Baker Avenue
> Englewood, Colorado 80110;
>
> and
>
> P.O. Box 294
> Englewood, Colorado 80151-0294.

Dated October 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge