IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

    Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

    Defendants.

---

ORDER

---

The matter before the Court is Defendant Imperial Lending LLC's Motion To Strike Objection To Magistrate Judge's Recommendation Of Dismissal (Doc. No. 67). Plaintiff filed an Objection To Recommendation Of Dismissal (Doc. No. 60) on September 18, 2007. This objection was filed by Plaintiff pro se although she is represented by counsel.[1]  Parties represented by counsel may not file papers pro se.[2]

---

[1] Plaintiff's Motion For Leave To Terminate Counsel Pursuant To D.C.COLO.LCivR. [sic] 83.4 And Colorado Rules Of Professional Conduct Rule 1.16 (Doc. No. 61) was denied after hearing by Magistrate Judge Boland on Oct. 11, 2007.

[2] "Every [paper] shall be signed by at least one attorney of record in the attorney's individual name . . . ." Fed. R. Civ. P. 11(a).

The Court notes this is the sixth time in this case that Plaintiff has been warned not to file papers pro se.[3]  Therefore, it is

ORDERED that Defendant Imperial Lending LLC's Motion To Strike Objection To Magistrate Judge's Recommendation Of Dismissal (Doc. No. 67; Oct. 5, 2007) is granted.  It is

FURTHER ORDERED that Plaintiff's Objection To Recommendation Of Dismissal (Doc. No. 60; Sep. 18, 2007) is stricken.  It is

FURTHER ORDERED that if Plaintiff wishes to file an objection to the Magistrate Judge's Recommendation (Doc. No. 54), her counsel must do so on or before October 31, 2007.  Any filing by Plaintiff personally will be stricken.

DATED at Denver, Colorado, this  18  day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

---

[3] See Order (Doc. No. 26; Apr. 2, 2007); Order (Doc. No. 39; May 16, 2007); Order (Doc. No. 41; May 30, 2007); Order (Doc. No. 57; Sep. 4, 2007); Order (Doc. No. 69; Oct. 11, 2007).