IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Counsel's Motion to Withdraw From Case** [Doc. # 76, filed 10/19/2007] (the "Motion to Withdraw"). An attempt was made to serve a copy of the Motion to Withdraw on the plaintiff at every known address. The plaintiff has not responded to the Motion to Withdraw and did not appear at the hearing on that motion this afternoon. I made oral rulings on the Motion to Withdraw at the hearing this afternoon, which are incorporated here by reference. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED. Derek W. Cole of Cole & Associates is relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this Order to the plaintiff at the following addresses:

>2060 West Baker Avenue
>Englewood, Colorado 80110;

>and

P.O. Box 294
Englewood, Colorado 80151-0294.

Dated November 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge