IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02388-ZLW-BNB

VIKKI S. LEE,

    Plaintiff,

v.

IMPERIAL LENDING, LLC, and
MARY WENKE, in her personal and official capacity,

    Defendants.

---

### ORDER

---

The matter before the Court is Defendant Imperial Lending, LLC's Motion To Dismiss Or For Summary Judgment (Doc. No. 12) and Plaintiff's Motion For Summary Judgment (Doc. No. 43). These motions were referred to Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). On August 20, 2007, the Magistrate Judge issued his Recommendation that Defendant's motion should be granted and Plaintiff's Motion should be denied.[1] No party timely filed objections to the Recommendation.[2]

---

[1] Recommendation Of United States Magistrate Judge (Doc. No. 54).

[2] Plaintiff filed several objections to the Recommendation, but these objections were stricken since they were filed pro se although Plaintiff was represented by counsel. See Order (Doc. No. 57; Sep. 4, 2007); Order (Doc. No. 75; Oct. 18, 2007).

The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts his findings and Recommendation.

ORDERED that Defendant's Motion To Dismiss Or For Summary Judgment (Doc. No. 12; Feb. 1, 2007) is granted.  It is

FURTHER ORDERED that Plaintiff's Motion For Summary Judgment (Doc. No. 43; June 11, 2007) is denied.  It is

FURTHER ORDERED that the Amended Complaint be dismissed without prejudice for lack of subject matter jurisdiction, each party to pay her or its own costs.

DATED at Denver, Colorado, this ___16___ day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court